IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v | : | CASE NO.: 7:07-CV-12-HL |
| | : | |
| $21,717.00 IN UNITED STATES FUNDS, | : | |
| Defendant Property, | : | |
| | : | |
| PRESCOTT ANTHONY SHEPPARD, | : | |
| Claimant. | : | |

## FINAL ORDER OF FORFEITURE

On January 22, 2007, Plaintiff filed a Verified Complaint for Forfeiture against the defendant property. The Complaint alleges that the defendant property constitutes money furnished or intended to be furnished in exchange for a controlled substance, or constitutes proceeds traceable to such an exchange, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Pending now before the Court is the United States' Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. Pursuant to a Warrant of Arrest this Court issued on January 22, 2007, an officer for the United States Marshal Service for the Middle District of Georgia arrested and seized the defendant property on January 29, 2007.

2. The United States perfected service of process of this action on potential claimant Prescott Anthony Sheppard (hereinafter referred to as "Claimant") through his attorney.

3. The United States published notice of this action in <u>The Valdosta Daily Times</u> on February 9, 2007, February 16, 2007, and February 23, 2007.

4. On March 1, 2007, Claimant, through his counsel of record, J. Converse Bright, Esq., filed an Answer to the Complaint for Forfeiture in this action, asserting claimant Sheppard's interest in the defendant property, and later filed a Claim on March 5, 2007.

5. On May 1, 2007, having been scheduled for a deposition that same day, Counsel for Claimant, advised Assistant United States Attorney Donald L. Johstono that he no longer wished to assert his interest in the defendant property and wished to withdraw from the action.

6. On May 3, 2007, Claimant, through his counsel, filed a Dismissal voluntarily waiving any right or claim to the defendant property.

7. As of May 7, 2007, no other persons or entities have filed a claim and answer in this action and the time for filing claims and answers has now expired.

8. Plaintiff had probable cause to commence this action against and to seek forfeiture of the defendant property.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

All right, title, and interest in the defendant property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

SO ORDERED, this 10th day of May, 2007.

                                                ***S/ Hugh Lawson***
                                                HUGH LAWSON, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT

PREPARED BY:

DONALD L. JOHSTONO
ASSISTANT UNITED STATES ATTORNEY